# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| APRIL WALTON, | ) |
| Plaintiff, | ) Case No. 2:12-cv-01062-JCM-GWF |
| vs. | ) **ORDER** |
| DESERT MECHANICAL, INC., | ) |
| Defendant. | ) |

    This matter is before the Court on the parties Stipulation to Continue the Early Neutral Evaluation Session (#18), filed December 22, 2012.  The parties request that the scheduled ENE be rescheduled until after pending motions (#7) and (#10) are addressed.  After review, the undersigned finds that the ENE should go forward as scheduled.  Accordingly,

    **IT IS HEREBY ORDERED** that the parties Stipulation to Continue the Early Neutral Evaluation Session (#18) is **denied**.

    Dated this 2nd day of January, 2013.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge