# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

APRIL WALTON,

    Plaintiff(s),

v.

DESERT MECHANICAL, INC.,

    Defendant(s).

2:12-CV-1062 JCM (GWF)

## ORDER

Presently before the court is the matter of *Walton v. Desert Mechanical, Inc.*, case number 2:12-cv-01062-JCM-GWF.

There are currently two ripe motions in this case: (1) defendant's motion to dismiss (doc. # 7); and (2) plaintiff's counter motion to amend complaint (doc. # 10). The parties reached a settlement during their scheduled early neutral evaluation conference. (*See* doc. # 20). The settlement moots the current motions.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to dismiss (doc. # 7) be, and the same hereby, is DENIED as moot.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiff's counter motion
2   to amend complaint (doc. # 10) be, and the same hereby, is DENIED as moot.
3   DATED February 13, 2013.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -