PAT LUNDVALL (NSBN 3761)
KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
lundvall@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

*Attorneys for Desert Mechanical, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| APRIL WALTON, | Case No: 2:12-cv-01062-JCM-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| DESERT MECHANICAL INC., f/k/a DESERT PLUMBING & HEATING, INC, DOES I through X, and ROE CORPORATIONS XI through XX, inclusive, | |
| Defendants. | |

Defendant Desert Mechanical, Inc. ("Defendant"), and plaintiff April Walton ("Plaintiff"), by and through their respective undersigned counsel, hereby jointly stipulate to dismiss this action in its entirety with prejudice. Each party shall bear its/her respective fees and costs.

…

…

…

…

…

…

…

…

IT IS FURTHER STIPULATED that the Court shall retain jurisdiction over this matter to enforce any issue concerning enforcement of the Confidential Settlement Agreement and Release between the parties.

RESPECTFULLY SUBMITTED this 19th day of February, 2013.

| McDONALD CARANO WILSON LLP | COHEN-JOHNSON, LLC |
|---|---|
| By: /s/ Kristen T. Gallagher<br>PAT LUNDVALL (NSBN 3761)<br>KRISTEN T. GALLAGHER (NSBN 9561)<br>2300 W. Sahara Ave, Suite 1000<br>Las Vegas, Nevada 89102<br>Telephone: 702.873.4100<br>lundvall@mcdonaldcarano.com<br>kgallagher@mcdonalcarano.com | By: /s/ Brian A. Morris<br>H. STAN JOHNSON (NSBN 0265)<br>BRIAN A. MORRIS (NSBN 11217)<br>255 E. Warm Springs Road, Suite 100<br>Las Vegas, Nevada 89119<br>Telephone: 702.823.3500<br>sjohnson@cohenjohnson.com<br>bam@cohenjohnson.com |
| *Attorneys for Desert Mechanical, Inc.* | *Attorneys for Plaintiff* |

## ORDER AND RETENTION OF JURISDICTION

IT IS ORDERED that the above-referenced matter is dismissed with prejudice, with each party to bear its/her own attorneys' fees. The Court shall retain jurisdiction over this matter to enforce any issue concerning enforcement of the parties' Confidential Settlement Agreement and Release.

_____
UNITED STATES DISTRICT JUDGE
DATED: March 1, 2013

270706